GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE:  (208) 734-1180
FAX:    (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In Re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| James J. McCaslin and | ) | Case No. 20-00614-NGH |
| Judy L. McCaslin, | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

### Notice of Sale by Trustee

**Notice of Sale by Trustee
and Opportunity to Object and for a Hearing**

<u>No Objection.</u>  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u>  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u>  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE DEBTOR(S), DEBTOR(S) ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

1. PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC 363, Bankruptcy Rule 6004 and LBR 2002.1.  <u>This sale will take place unless a written</u>

Notice of Sale

1

<u>objection and request for hearing is received by the U.S. Bankruptcy Court (550 W. Fort Street, Suite 400, Boise, Idaho 83724) and the Trustee as required above.</u>

2. <u>DESCRIPTION OF PROPERTY TO BE SOLD</u>: all the bankruptcy estate's interest in and to the following:

   - 2011 Polaris UTV    VIN: 4XAVH76A0BB397635

3. <u>TIME AND PLACE OF SALE:</u> The Sale will be final December 6, 2020, after the Notice of Sale expires, unless a written objection and request for hearing on the Notice of Sale is received by the U.S. Bankruptcy Court at 550 W. Fort Street, Suite 400, Boise, Idaho 83724, and a copy provided to the Trustee, Gary L. Rainsdon at P.O. Box 506, Twin Falls, ID 83303, within the time required above. In the event an interested party files a timely objection to the sale, the Trustee reserves the right to set a hearing on the Notice of Sale, and to hold an auction prior to the time designated for said hearing to auction the property to the highest bidder.

4. <u>TYPE OF SALE:</u> Private Sale, unless an objection to the Notice of Sale is made within the time required, and the objecting party complies with the terms of the bidding procedures and qualifications to be a bidder at an auction.

5. <u>TERMS OF SALE</u>:
   - Pending offer from – James J. McCaslin and Judy L. McCaslin
   - Potential buyers' connection to the Debtors– James J. McCaslin and Judy L. McCaslin are the Debtors in this bankruptcy case.
   - Opening bid price – $1,500.00 cash, net to the estate (i.e. $1,500.00 cash + $3,000.00 Debtors' exemption = $4,500.00 value) currently in Trustee's possession.
   - Bidding procedures and overbid qualifications – In the event that an interested party files a timely objection to the sale, and identifies that the objecting party wishes to pay more for the property than the opening bid price, the Trustee reserves the right to set a hearing on the Notice of Sale, and to hold an auction prior to the time designated for said hearing to auction the property to the highest bidder as outlined below:
   - The opening bid price is to be $1,500.00 net to the estate, by James J. McCaslin and Judy L. McCaslin.
     - In the event a party makes an allowed subsequent bid, $1,500.00 of the money James J. McCaslin and Judy L. McCaslin have paid to the Trustee will be considered earnest money and they will be considered qualified bidders.
     - Because the Debtors have an exemption of $3,000.00 on the property, and the proposed sale to the Debtors is net of the exemption, any prospective bidder, other than the Debtors, must begin bidding at $5,000.00 ($4,500.00 pending offer + $500.00 increased bid = $5,000.00 total opening bid from interested 3rd party).
     - Subsequent bids are to be entertained in increments selected by the Trustee at the auction.

Notice of Sale

2

- Prior to the auction, any prospective bidder, other than the buyers identified herein, shall deposit with the Trustee the sum of $4,500.00 as earnest money, together with a letter of credit or other acceptable representation of the ability to pay the purchase price for the property at the close of the auction.
- The highest bidder is to complete the sale by paying the entire purchase price to Trustee by 5:00 p.m. Mountain Time the day of the auction.
- In the event the highest bidder does not complete the sale by 5:00 p.m. Mountain Time the day of the auction, that bidder's earnest money of $4,500.00 is deemed forfeited by the highest bidder to the bankruptcy estate, and the Trustee will proceed to close the sale to the party making the next highest bid at the auction.
- If an auction is conducted, Trustee will report the auction results at a hearing on the Notice of Sale, subject to the terms of sale and conditions set forth in this notice.

6. TREATMENT OF EXISTING LIENS:
   a. ( ) Sale free and clear of all liens with all valid liens to attach to the sale proceeds.
   b. (x) Trustee knows of no valid liens claimed against the property.
   c. ( ) Trustee may immediately pay the liens listed below without further notice and hearing.
   d. (x) The following liens will remain with the property after the sale: Any valid lien that exists.

7. VALUE OF PROPERTY TO BE SOLD:
   a. (x) The Trustee estimates the fair market value of the property is $4,500.00, based on the book value for the utv, less a discount for the cost to the estate if the asset was sold at auction.
   b. ( ) An appraisal of
   c. ( ) Other:

8. AUTHORITY FOR CONDUCTING SALE:
   a. ( ) 11 USC 363(f)(1)      ( ) 11 USC 363(f)(2)
   b. ( ) 11 USC 363(f)(3)      ( ) 11 USC 363(f)(4)
   c. ( ) 11 USC 363(f)(5)      (X) Other: 11 USC 363(b)(1)

9. MISCELLANEOUS INFORMATION:
   a. (x) This sale shall be effective immediately and the fourteen day stay imposed by Rule 6004(h) and other rules is hereby waived.

   b. (x) Net proceeds to be retained by the estate are estimated at $1,500.00 or such amount that is fetched at a conducted auction.

10. ADDITIONAL TERMS OF SALE: The property is sold "AS IS", "WHERE IS", and without warranty of any nature whatsoever, either express or implied.

Notice of Sale

3

Dated this Thursday, November 12, 2020.

/s/
Gary L. Rainsdon, Trustee

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on November 12, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Michael J Archibald   marchibald@m2law.net
- Holly E Sutherland   holly@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
- David M Swartley   bknotice@mccarthyholthus.com, dSwartley@ecf.inforuptcy.com;dswartley@mccarthyholthus.com;dswartley@ecf.courtdrive.com
- US Trustee   ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

James & Judy McCaslin
3499 S. Heritage Ave.
Boise, ID 83709

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained from the Court website, by first class mail, postage prepaid:

See attached Mailing Matrix

Via certified mail, return receipt requested, addressed as follows:

None

By: /s/
Gary L. Rainsdon, Trustee

Notice of Sale

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0976-1<br>Case 20-00614-NGH<br>District of Idaho<br>Boise<br>Thu Nov 12 09:28:35 MST 2020 | Michael J Archibald<br>M2 Law Group PC<br>PO Box 330<br>Meridian, ID 83680-0330 | Bank of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Century Link<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Kay Jewelers<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Pob 182125<br>Columbus, OH 43218-2125 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | First National Bank of Omaha<br>Attn: Bankruptcy<br>Po Box 3128<br>Omaha, NE 68103-0128 |
| Ford Motor Credit Company LLC<br>M2 Law Group PC<br>Michael Howell<br>PO Box 330<br>Meridian, ID 83680-0330 | Idaho Central Cr Un<br>Attn: Bankruptcy<br>Po Box 2469<br>Pocatello, ID 83206-2469 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Lincoln Automotive Fin<br>Attn: Bankruptcy<br>Po Box 54200<br>Omaha, NE 68154-8000 | Lincoln Automotive Financial Services<br>PO BOX 62180<br>Colorado Springs, CO 80962-2180 | McCarthy & Holthus, LLP<br>702 W. Idaho St., Suite 1100<br>Boise, ID 83702-8902 |
| James J McCaslin<br>3499 S Heritage Ave<br>Boise, ID 83709-3765 | Judy L McCaslin<br>3499 S Heritage Ave<br>Boise, ID 83709-3765 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>c/o McCarthy & Holthus, LLP<br>702 W. Idaho St., Suite 1100<br>Boise, ID 83702-8902 | Nordstrom Signature Visa<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 |

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Qwest Corporation dba CenturyLink QC
Centurylink, Inc
1025 El Dorado Blvd. (Attn: Legal-BKY)
Broomfield, CO 80021-8254

Gary L Rainsdon
POB 506
Twin Falls, ID 83303-0506


State Farm Financial S
Attn: Bankruptcy
1 State Farm Plaza
Bloomington, IL 61710-0001

Holly E Sutherland
3090 E. Gentry Way, Ste. 150
Meridian, ID 83642-3597

David M Swartley
McCarthy & Holthus, LLP
702 W. Idaho, Suite 1100
Boise, ID 83702-8902


Syncb/Care Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785


Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Idaho Central Cr Un

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Gary L Rainsdon
POB 506
Twin Falls, ID 83303-0506


End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45