GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE:  (208) 734-1180
FAX:      (208) 734-2783
trustee@filertel.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| James J. McCaslin and | ) | Case No. 20-00614-NGH |
| Judy L. McCaslin, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE AND MOTION FOR APPROVAL OF SALE OF REAL PROPERTY PURSUANT TO SECTION 363(b) AND APPLICATION FOR COMPENSATION OF REALTOR**

Pursuant to 11 U.S.C. § 363(b), Bankruptcy Rules 6004 and 9014, and LBR 2002.1, Gary L. Rainsdon, the Chapter 7 Trustee in the above case (the "Trustee") , provides notice to interested parties, and moves this Court for approval to sell the real property more fully described below. The information required by LBR 2002.1 is set forth in this Notice and Motion as follows:

1. **Description of Real Property.** The Real Property located at 3499 South Heritage, Boise, ID 83709, and more particularly described as:

    - Lot 65 in Block 1 of Avonelle Subdivision, according to the official plat thereof, filed in Book 89 of Plats at Page(s) 10337 through 10340, official records of Ada County, Idaho

2. **Date, Time, and Place of Sale.** The sale shall be a public auction on February 22, 2022, at 9:00 am Mountain Time, via telephone conference, originating from Trustee's office, located at 884 Rim View Lane E., Twin Falls, ID 83301. Qualified bidders, and their representatives, an interested parties to this bankruptcy case who wish to participate in the

telephone conference may do so by calling the sale conference line at: 866-713-6222, with passcode: 7628667.

3. **Material Terms of Sale.** The Real Property shall be sold to the highest bidder for a gross purchase price of $465,000.00, or such other reasonable value as Trustee accepts at the auction, and is approved by this Court. The Trustee has received and accepted from Patrick Crummett and Ashley Crummett (the "Buyers"), subject to higher bids and Court approval, an offer of $465,000.00 for purchase of the Real Property. Trustee is not aware of any connection between the Buyers and Debtor. Closing will be held at the convenience of the parties or as soon after Court approval as possible.

4. **Bidding Procedures.** The opening bid price shall be the Buyers' bid of $465,000.00. Any competing overbids shall start at $474,000.00. Minimum bid increments shall be at the discretion of Trustee. In order to participate in the auction, an overbidder must submit to the Trustee, at least by 5:00 p.m. Mountain Time, February 18, 2022, certified funds in the amount of $10,000.00, payable to "Gary L. Rainsdon, Trustee." Should the overbidder be the winning bidder, these funds will be retained by the Trustee as a nonrefundable deposit for application against the purchase price at the closing; or returned to the overbidder in the event that the Bankruptcy Court does not approve the sale. The certified funds of unsuccessful bidders will be refunded to those parties after the auction.

5. **Sale Free and Clear.** This is not a sale free and clear pursuant to 11 U.S.C. § 363(f). Instead, all valid encumbrances will be paid in full at closing. All valid liens shall attach to the sale proceeds.

6. **Fair Market Value.** Trustee believes the purchase price is approximate to the fair market value of the property, based upon his discussion with his realtor and current market

conditions in the Treasure Valley. Trustee has actively marketed the Real Property through the employed realtor since November 2021.

7. **Known Liens or Encumbrances.**

- Mr. Cooper holds a first lien securing a debt of approximately $232,997.76, plus accruing interest.

- Accrued Taxes are approximately $1,032.09, plus accruing taxes.

- HOA dues and Trash Assessment are approximately $138.49, plus accruing amounts.

8. **Homestead Exemption.** Debtors claim a $175,000.00 homestead exemption in the Real Property, which shall be paid by Trustee from the sale proceeds.

9. **Distribution of Sale Proceeds.** Subject to Court approval, estimates that the sale proceeds shall be distributed in the following approximate amounts at the time of closing:

| Sale Price | $ 465,000.00 |
|---|---|
| Less Estimated Deductions: | |
| | |
| Homestead Exemption | $ 175,000.00 |
| Mr. Cooper | $ 232,997.76 |
| Real Property Taxes | $ 1,032.09 |
| HOA and Trash Assessment | $ 138.49 |
| 6% Realtor Commission | $ 27,900.00 |
| Estimated Closing Costs | $ 2,279.00 |
| | |
| | |
| | |
| **Net Proceeds to Estate** | **$ 25,652.66** |
| | |

10. **Objections.** Pursuant to Bankruptcy Rule 6004(b), if you object to the sale, you must file a written objection with the U.S. Bankruptcy Court (550 W. Fort St., MSC 042, Boise, ID 83724) no later than 21 days from the mailing of this Motion. You must also serve a copy

upon the Trustee (Gary L. Rainsdon, P.O. Box 506, Twin Falls, ID 83303).  You may also attend the scheduled hearing (to be scheduled via telephone conference) and present your views or support your filed response.

11.     **No Tax Consequences to Bankruptcy Estate.**  Trustee does not estimate any tax consequences to the bankruptcy estate from the sale of the Real Property.

12.     The Trustee believes and certifies that all interested parties have been properly notified pursuant to Bankruptcy Rules 2002 and 6004, and LBR 2002.1.  The Trustee believes the proposed sale is in the best interest of the estate and creditors.

13.     THE SUBJECT PROPERTY SHALL BE SOLD AS IS, WHERE IS, AND WITHOUT WARRANTY OF ANY NATURE WHATSOEVER, EITHER EXPRESSED OR IMPLIED.  The Trustee requests that approval of this sale be effective immediately and the 14-day stay imposed by Fed. R. Bankr. P 6004(h) and other rules be waived.

14.     **Compensation of Realtor.** Trustee filed an Application for Leave to Employ Realtor on October 19, 2021 (Docket No. 49), with Order Approving Employment of Realtor entered on November 29, 2021 (Docket No. 51). The Realtor listed the Real Property on the MLS and obtained the purchase offer from the Buyers. Pursuant to 11 U.S.C. § 327 and 330(a), Trustee seeks Court approval of the Realtor's commission in the amount of $27,900.00 (six percent (6%) of the gross sale price) or six percent (6%) of the highest gross bid if a higher bid is received at the auction.

DATED January 10, 2022.

/s/
GARY L. RAINSDON, TRUSTEE

## **CERTIFICATE OF MAILING**

      I HEREBY CERTIFY that on January 10, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Michael J Archibald     marchibald@m2law.net
- Holly E Sutherland     holly@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com
- David M Swartley     bknotice@mccarthyholthus.com, dswartley@ecf.courtdrive.com
- US Trustee     ustp.region18.bs.ecf@usdoj.gov

      AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

| | |
|---|---|
| Todd Moffis | James J. McCaslin |
| Team Realty | Judy L. McCaslin |
| 985 W. Corporate Ln | 3499 S. Heritage |
| Nampa, ID 83651 | Boise, ID 83709 |

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Resurgent Receivables LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

      Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

      See attached Mailing Matrix

Via certified mail, return receipt requested, addressed as follows:

      None

By:_____/s/_____
Gary L. Rainsdon, Trustee